UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Robert Jalosinski,     Case No. 2:13-cv-371

       Plaintiff,

v.     **ORDER**

Dorel Juvenile Group, Inc. d/b/a Cosco
Home and Office Products, and Costco
Wholesale Corporation,

       Defendants.
_____

This matter is before the Court on Defendants' Motion in Limine. In this Motion, Defendants seek to preclude Plaintiff from introducing evidence regarding a recent recall notice for the product Plaintiff claims injured him.

Plaintiff contends that he purchased at his local Costco Wholesale Club a hand truck or dolly manufactured by Defendant Dorel Juvenile Group. Plaintiff used the hand truck to move a refrigerator, and alleges that while doing so, the product failed and the load crushed Plaintiff's foot. (Compl. ¶ 12.)

The recent recall notice warned consumers of a risk that the tires on the hand truck could break during inflation, ejecting pieces that could injure those in the immediate vicinity. (Docket No. 86-1.) Plaintiff's injuries do not arise out of any issues with the inflation of the hand truck's tires. The recent recall is, as Defendants argue, irrelevant. As such, it is inadmissible.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion in Limine (Docket No. 86) is **GRANTED**.

Dated: April 10, 2015                          *s/ Paul A. Magnuson*
                                               Paul A. Magnuson
                                               United States District Court Judge